United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-17601-elf
Sharronda Johnson | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 　　　　 User: admin 　　　　 Page 1 of 2
Date Rcvd: Feb 25, 2021 　　　　 Form ID: pdf900 　　　　 Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharronda Johnson, 7401 Penrose Avenue, Elkins Park, PA 19027-1080 |
| cr | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | WELLS FARGO BANK, NATIONAL ASSOCIATION,, RAS Crane, 10700 Abbotts Bridge Rd, Duluth, GA 30097-8458 |
| cr | + | Wells Fargo Bank, National Association et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2021 01:03:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee, et al, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, UNITED STATES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021 　　　　 Signature: 　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name　　　　Email Address**

ANDREW L. SPIVACK
　　　　on behalf of Creditor U.S. Bank National Association  as Trustee, et al andrew.spivack@brockandscott.com,

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 5

wbecf@brockandscott.com

**CHARLES GRIFFIN WOHLRAB**
on behalf of Creditor Wells Fargo Bank National Association et als cwohlrab@raslg.com

**JODI L. HAUSE**
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL jodi.hause@phelanhallinan.com paeb@fedphe.com

**JON M. ADELSTEIN**
on behalf of Debtor Sharronda Johnson jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com

**KEVIN M. BUTTERY**
on behalf of Creditor Wells Fargo Bank National Association et als cdigianantonio@rascrane.com

**LAUREN BERSCHLER KARL**
on behalf of Creditor Wells Fargo Bank National Association et als lkarl@rascrane.com, lbkarl03@yahoo.com

**REBECCA ANN SOLARZ**
on behalf of Creditor Wells Fargo Bank National Association et als bkgroup@kmllawgroup.com

**REBECCA ANN SOLARZ**
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, bkgroup@kmllawgroup.com

**REBECCA ANN SOLARZ**
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR bkgroup@kmllawgroup.com

**REGINA COHEN**
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM C. MILLER, Esq.**
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sharronda Johnson<br>　　　　　　Debtor | CHAPTER 13 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR BANKING CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2004-HE2<br>　　　　　　Movant | NO. 18-17601 ELF<br><br>11 U.S.C. Sections 362 and 1301 |
| vs. | |
| Sharronda Johnson<br>　　　　　　Debtor | |
| Darnell Johnson<br>　　　　　　Co-Debtor | |
| William C. Miller, Esquire<br>　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,006.14,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | September 2020 to November 2020 at $1,188.22/month<br>December 2020 to January 2021 at $1,190.97/month |
| Suspense Balance: | $1,128.68 |
| **Total Post-Petition Arrears** | **$4,817.92** |

2.　The Debtor(s) shall cure said arrearages in the following manner;

　　a). Beginning on February 1, 2021 and continuing through May 1, 2022, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,190.97** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of

**$301.12 from February 2021 to May 2022** towards the arrearages on or before the last day of each month at the address below or via phone:

Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

  b). Maintenance of current monthly mortgage payments to the Movant thereafter.

  3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

  4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

  5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

  7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

  9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   February 2, 2021    By: *Rebecca A. Solarz, Esquire*
                                                     Attorney for Movant

Date: 2/4/2021

                                                 Jon M. Adelstein, Esquire
                                                 Attorney for Debtor

Date:  *February 23, 2021*    /s/ LeRoy W. Etheridge, Esquire, for*    *No objection to its terms, without prejudice to any of our rights and remedies*
                                             William C. Miller, Esquire
                  **O R D E R**    Attorney for Debtor

Approved by the Court this 24th day of February, 2021. However, the court retains discretion regarding entry of any further order.

                                                           Bankruptcy Judge
                                                           Eric L. Frank