| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Sharronda Johnson | Case Number:<br><br>2:2018-bk-17601 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **2751**  UCID: **WFCMGE1817601PAE91142751** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **8** | | |
| 3.   **Signature:**<br><br>Check the appropriate box.<br>      I am the creditor.<br>   X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ Karen Sue Branas          Date:  01/13/2022<br>        VP Loan Documentation | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CASE NO.:     18-17601

**Sharronda Johnson**                      CHAPTER:     13

**Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before January 14, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                       *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                Sharronda Johnson
                                7401 Penrose Avenue
                                Elkins Park, PA 19027


*Debtor's Attorney:*            *By CM / ECF Filing:*

                                JON M. ADELSTEIN
                                3993 Huntingdon Pike
                                Suite 210
                                Huntingdon Valley, PA 19006


*Trustee:*                      *By CM / ECF Filing:*

                                KENNETH E. WEST
                                Office of the Chapter 13 Standing Trustee
                                1234 Market Street - Suite 1813
                                Philadelphia, PA 19107


                                                        /s/ John Shelley
                                                        _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)