# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-17601-ELF

SHARRONDA  JOHNSON

7401 PENROSE AVENUE

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARRONDA  JOHNSON

7401 PENROSE AVENUE

ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

JON M ADELSTEIN ESQ
3993 HUNTINGDON PIKE
SUITE 210
HUNTINGDON VALLEY, PA 19006-

Date: 12/23/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee