Certificate Number: 02921-PAE-DE-037119362

Bankruptcy Case Number: 18-17601



02921-PAE-DE-037119362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2023, at 2:12 o'clock PM EST, Sharronda M. Johnson completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 19, 2023

By: /s/Paula Powers-Watts

Name: Paula Powers-Watts

Title: counselor