# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-17601-mdc

SHARRONDA JOHNSON

7401 PENROSE AVENUE

ELKINS PARK, PA 19027

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARRONDA JOHNSON

7401 PENROSE AVENUE

ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

JON M ADELSTEIN ESQ
3993 HUNTINGDON PIKE
SUITE 210
HUNTINGDON VALLEY, PA 19006-

Date: 4/5/2023

                                    /S/ Kenneth E. West
                                    _____
                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee