UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SHARRONDA JOHNSON : BKY NO. 18-17601

DEBTOR : CHAPTER 13

### DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

TO THE HONORABLE MAGDELINE D. COLEMAN, CHIEF BANKRUPTCY JUDGE:

Debtor hereby Objects to the Certification of Default and is support thereof represents as follows:

1. The Debtor is in a position to cure the default no later than July 7, 2023.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court dismiss the Certification of Default.

Respectfully submitted,

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006
(215) 230-4250