*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sharronda Johnson
    Debtor(s)

Case No: 18–17601–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Sharronda Johnson's Objection to Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION,

    on: 7/11/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/20/23

Timothy B. McGrath
Clerk of Court