United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17601-mdc |
| Sharronda Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2023 | Form ID: 167 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharronda Johnson, 7401 Penrose Avenue, Elkins Park, PA 19027-1080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2023 05:43:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:46:20 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jun 21 2023 05:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2023 05:43:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION,, RAS Crane, 10700 Abbotts Bridge Rd, Duluth, GA 30097-8458 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2023 05:43:00 | Wells Fargo Bank, National Association et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee, et al, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, UNITED STATES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 22, 2023 | Signature: | /s/Gustava Winters |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 20, 2023 | Form ID: 167 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association as Trustee, et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Wells Fargo Bank National Association et als bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, cwohlrab@friedmanvartolo.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Wells Fargo Bank National Association et als cwohlrab@friedmanvartolo.com

DENISE ELIZABETH CARLON
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR bkgroup@kmllawgroup.com

JODI L. HAUSE
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL jodi.hause@phelanhallinan.com paeb@fedphe.com

JON M. ADELSTEIN
on behalf of Debtor Sharronda Johnson jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
on behalf of Creditor Wells Fargo Bank National Association et als cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
on behalf of Creditor Wells Fargo Bank National Association et als lkarl@rascrane.com, lbkarl03@yahoo.com

MARK A. CRONIN
on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, bkgroup@kmllawgroup.com

REGINA COHEN
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sharronda Johnson
    Debtor(s)

Case No: 18−17601−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Sharronda Johnson's Objection to Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION,

    on: 7/11/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/20/23

Timothy B. McGrath
Clerk of Court

91 − 90
Form 167