United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharronda Johnson  
    Debtor

Case No. 18-17601-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 22, 2024      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharronda Johnson, 7401 Penrose Avenue, Elkins Park, PA 19027-1080 |
| 14254197 | + | Alan D. Budman, Esq., 1150 Old York Rd., Abington, PA 19001-3712 |
| 14527520 | + | Ally Financial Inc., Regina Cohen, Esq., 190 North Independence Mall West, Suite, 6th and Race Streets, Philadelphia, PA 19106-1554 |
| 14566958 | + | Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14230978 | + | Darnell Johnson, 7401 Penrose Avenue, Elkins Park, PA 19027-1080 |
| 14230979 | + | KLM Attorneys LLC, 144 West Market Street, West Chester, PA 19382-2902 |
| 14566735 | + | U.S. Bank National Association, as Trustee, et al, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14256894 | | U.S. National Association, c/o Jodi L. Hause, Esquire, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 14230982 | | Wells Fargo, Attn: Bankruptcy Department, PO Box 5284, Carol Stream, IL 60197-5284 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2024 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14230976 | | Email/Text: bncnotifications@pheaa.org | Feb 23 2024 00:36:00 | AES Loan Servicing, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14621719 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2024 00:45:16 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14254152 | | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2024 00:36:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14230977 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2024 00:36:00 | Ally Financial Inc., P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14401987 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 23 2024 00:36:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14244864 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 00:45:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230980 | | Email/Text: EBN@Mohela.com | Feb 23 2024 00:36:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14234055 | | Email/Text: EBN@Mohela.com | Feb 23 2024 00:36:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield MO 63005 |
| 14251921 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 00:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14230981 | + | Email/PDF: pa_dc_claims@navient.com | Feb 23 2024 00:45:38 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14253552 | + | Email/Text: bncnotifications@pheaa.org | Feb 23 2024 00:36:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14253500 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 23 2024 00:36:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions, GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14257167 | + | Email/Text: bncnotifications@pheaa.org | Feb 23 2024 00:36:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14262372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2024 01:00:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14569350 | ^ | MEBN | Feb 23 2024 00:32:59 | WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566959 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2024 00:45:40 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14256063 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2024 00:45:20 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14230983 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 00:36:00 | Wells Fargo Bank, N.A., c/o Nationstar Mortgage LLC,, d/b/a Mr. Cooper, 8950 Cypress Waters Blv.d, Coppell, TX 75019 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14237550 | * | AES Loan Servicing, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14237551 | *+ | Ally Financial Inc., P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14237552 | *+ | Darnell Johnson, 7401 Penrose Avenue, Elkins Park, PA 19027-1080 |
| 14237553 | *+ | KLM Attorneys LLC, 144 West Market Street, West Chester, PA 19382-2902 |
| 14237554 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14237555 | *+ | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14237556 | * | Wells Fargo, Attn: Bankruptcy Department, PO Box 5284, Carol Stream, IL 60197-5284 |
| 14237557 | * | Wells Fargo Bank, N.A., c/o Nationstar Mortgage LLC,, d/b/a Mr. Cooper, 8950 Cypress Waters Blv.d, Coppell, TX 75019 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee, et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR bkgroup@kmllawgroup.com |
| JODI L. HAUSE | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL jodi.hause@phelanhallinan.com paeb@fedphe.com |
| JON M. ADELSTEIN | on behalf of Debtor Sharronda Johnson jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wells Fargo Bank National Association et als cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Wells Fargo Bank National Association et als lkarl@rascrane.com, lbkarl03@yahoo.com |
| MARK A. CRONIN | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA,NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITSINDIVIDUAL OR bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Wells Fargo Bank National Association et als bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wells Fargo Bank National Association et als mimcgowan@raslg.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sharronda Johnson

       Debtor(s)                                  Case No: 18−17601−mdc

                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                   900 Market Street
                                         Suite 400
                                   Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/22/24

107 − 104
Form 138OBJ