**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE:                                    :        Chapter 13
                                          :
   SHARRONDA JOHNSON             :        Case No.:    18-17601
          Debtor                  :
_____ :

## SUBSTITUTION OF ATTORNEY

    The undersigned hereby consent to the substitution of John A. Gagliardi, Esquire as Attorney for Debtor in the above-referenced case.

| Wetzel Gagliardi Fetter & Lavin LLC | Adelstein & Kaliner, LLC |
|---|---|
| __/s/John A. Gagliardi_____ | __/s/Jon M. Adelstein_____ |
| John A. Gagliardi | Jon M. Adelstein |
| Superseding Attorney | Withdrawing Attorney |
| Attorney Id. No. 88230 | Attorney Id. No. 02315 |
| 122 S. Church Street | 3993 Huntingdon Pike, Suite 210 |
| West Chester, PA 19382 | Huntingdon Valley, PA   19006 |
| 484-887-0779, Ext. 102 | 215-230-4250 |
| jgagliardi@wgflaw.com | |
| Date: 03/22/2024 | Date: 03/22/2024 |